**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Samuel M. Cavanagh<br>Ginalouise Cavanagh<br><br>Debtors | CHAPTER 7<br><br>BKY. NO. 18-16299 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                            Respectfully submitted,
                                            **/s/ Rebecca A. Solarz, Esq**
                                            Rebecca A Solarz, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322