# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ginalouise Cavanagh<br>         Samuel M. Cavanagh<br>                           Debtors<br><br>FREEDOM MORTGAGE CORPORATION<br>                           Movant<br>              vs.<br><br>Ginalouise Cavanagh<br>Samuel M. Cavanagh<br>                           Debtors<br><br>Terry P. Dershaw Esq.<br>                           Trustee | CHAPTER 7<br><br><br>NO. 18-16299 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **November 1, 2018**.

                                                                Respectfully submitted,

                                                                **/s/ Rebecca A Solarz, Esquire**
                                                                Rebecca A. Solarz, Esquire
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA  19106
                                                                412-430-3594

November 8, 2018