United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Samuel M. Cavanagh  
Ginalouise Cavanaugh  
    Debtors

Case No. 18-16299-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Stacey        Page 1 of 1       Date Rcvd: Dec 28, 2018  
                              Form ID: 195        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.  
db/jdb        +Samuel M. Cavanagh,   Ginalouise Cavanaugh,   1923 E. Moyamensing Avenue,   Philadelphia, PA 19148-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:  
        BRAD J. SADEK   on behalf of Debtor Samuel M. Cavanagh brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK   on behalf of Joint Debtor Ginalouise  Cavanaugh brad@sadeklaw.com, bradsadek@gmail.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
        TERRY P. DERSHAW   td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                     TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Samuel M. Cavanagh and Ginalouise Cavanaugh : Case No. 18−16299−amc

    Debtor(s)

***ORDER***
_____

AND NOW, this day , December 28, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

23
Form 195