United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Samuel M. Cavanagh
Ginalouise Cavanaugh
    Debtors

Case No. 18-16299-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1      Date Rcvd: Dec 28, 2018
                          Form ID: 318      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.

```
db/jdb        +Samuel M. Cavanagh,    Ginalouise Cavanaugh,    1923 E. Moyamensing Avenue,
                Philadelphia, PA 19148-2526
14201475      +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
14201478      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
14201479      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14201481      +Dover Fed Credit Union,    Attn: Bankruptcy,    1075 Silver Lake Blvd,    Dover, DE 19904-2411
14201482      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14201483      +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,    Indianapolis, IN 46250-0401
14201484      +Joseph Mangel, DO,    201 McKean Street,    Philadelphia, PA 19148-2627
14201487      +Upper Darby Township,    100 Garrett Road,    Upper Darby, PA 19082-3135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             EDI: BTPDERSHAW.COM Dec 29 2018 07:33:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: megan.harper@phila.gov Dec 29 2018 02:46:20      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2018 02:45:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 29 2018 02:46:06      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14201476      +EDI: CHASE.COM Dec 29 2018 07:33:00      Chase Card Services,    Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
14201477      +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 29 2018 02:46:31      Citadel Fcu,
                Attn: Bankruptcy,    520 Eagleview Blvd,    Exton, PA 19341-1119
14201480      +EDI: DISCOVER.COM Dec 29 2018 07:33:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14201485      +EDI: FORD.COM Dec 29 2018 07:33:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                Po Box 542000,    Omaha, NE 68154-8000
14201486      +EDI: AGFINANCE.COM Dec 29 2018 07:33:00      OneMain Financial,    Attn: Bankruptcy,
                601 Nw 2nd Street,    Evansville, IN 47708-1013
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Samuel M. Cavanagh brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Ginalouise  Cavanaugh brad@sadeklaw.com,
               bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samuel M. Cavanagh** | Social Security number or ITIN | **xxx–xx–9661** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ginalouise Cavanaugh** | Social Security number or ITIN | **xxx–xx–8222** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–16299–amc**

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Samuel M. Cavanagh                                              Ginalouise Cavanaugh

12/27/18                                                **By the court:**   Ashely M. Chan
                                                                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Order of Discharge**                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**